L. CHRISTOPHER ROSE, ESQ.
Nevada Bar No. 7500
Email:  lcr@juww.com
TYLER N. URE, ESQ.
Nevada Bar No. 11730
Email:  tnu@juww.com
JOLLEY URGA WOODBURY & LITTLE
3800 Howard Hughes Pkwy., #1600
Las Vegas, Nevada 89169
Telephone:     (702) 699-7500
Facsimile:       (702) 699-7555

Attorneys for Plaintiffs Sandy Cooper
and Garden Meadow, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDY COOPER, an individual, GARDEN MEADOW, INC., a Connecticut Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GALYFORD (HK) LIMITED, a Chinese Company,<br><br>Defendant. | Case No.  2:13-cv-01520-JAD-NJK<br><br>ORDER GRANTING<br><br>**REQUEST TO ENLARGE TIME FOR SERVICE**<br><br>**(Second Request)** |

Plaintiffs Sandy Cooper and Garden Meadow, Inc. ("Plaintiffs"), by and through their attorneys of record, Jolley Urga Woodbury & Little, hereby notify the Court of the status of service of the complaint in the above matter.

Plaintiffs filed this action on August 22, 2013.  (Doc. No. 1.)  Plaintiffs then attempted, unsuccessfully, to effectuate service on Defendant pursuant to Fed. R. Civ. P. 4(f)(1) and the Hague Convention on Service Abroad of Judicial and Extrajudicial Documents (hereinafter the "Hague Convention").  Although aware that the 120-day service limit of Rule 4(m) does not apply to service in a foreign country under Rule 4(f), Plaintiffs deemed it prudent to advise the Court of the status of service and filed a request to enlarge time for service.  (Doc. No. 6.)  The principal purpose of the request was to inform the Court and make a record of the problems with

serving the Defendant since at some point Plaintiffs will be seeking a default. The request attached a letter from the Chinese Ministry of Justice (the "Ministry") refusing to effectuate service. (*Id.* at Ex. 1.) This Court granted an order providing until February 13, 2014 to effect service. (Doc. No. 7.)

The process of investigating the reasons proffered by the Ministry for refusing to effectuate service was somewhat complex. It involved re-evaluating the complaint filed in this action and comparing it with its counterpart version translated into Chinese. After finding that the documents presented to the Ministry were proper, Plaintiffs sent the documents back to the Ministry again asking it to effect service. (*See* Letter dated January 9, 2014 to Ministry, attached hereto as Ex. 1.) To Plaintiffs' knowledge, the Ministry has not effected service as of the date of this filing.[1]

Plaintiffs request that the Court set a status check for August 13, 2014 regarding service and, to the extent the Court deems appropriate, that the time to serve be extended to that date.

Dated this 13th day of February 2013.

**ORDER**
IT IS SO ORDERED.
DATE: 3/5/2014

_____
United States Magistrate Judge

JOLLEY URGA WOODBURY & LITTLE

By: */s/ Tyler N. Ure*
    L. CHRISTOPHER ROSE, ESQ.
    Nevada Bar No. 7500
    TYLER N. URE. ESQ.
    Nevada Bar No. 11730
    3800 Howard Hughes Pkwy, Suite 1600
    Las Vegas, Nevada 89169
    Telephone No. (702) 699-7500
    Facsimile No. (702) 699-7555
    Attorneys for Plaintiff Sandy Cooper
      and Garden Meadow, Inc.

---

[1] Plaintiffs encountered similar difficulties in serving Galyford's alter ego, Ningbo Xingqiang Metallic Products Co. Ltd. ("Ningbo"), in the companion case of *Cooper, et al v. Ningbo*, 2:12-cv-00698-JCM-GWF. The Ministry tendered one excuse after another in refusing to serve, finally effecting service after 11 months.