# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SANDY COOPER, et al., <br><br>　　　　　Plaintiff(s), <br><br>vs. <br><br>GAYLORD (HK) LIMITED, <br><br>　　　　　Defendant(s). | Case No. 2:13-cv-01520-JAD-NJK <br><br> ORDER RE: MOTION TO WITHDRAW <br><br> (Docket No. 12) |

Pending before the Court is Plaintiffs' counsel's motion to withdraw. Docket No. 12. The Court hereby **SETS** a hearing on the motion for March 23, 2015, at 3:00 p.m. in Courtroom 3B. Any response shall be filed no later than March 18, 2015. Plaintiff Sandy Cooper, a corporate representative of Plaintiff Garden Meadow, Inc., Plaintiffs' current counsel of record and any newly retained counsel shall attend the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. The failure to attend the hearing may result in the imposition of sanctions, up to and including case-dispositive sanctions.

No later than March 12, 2015, Plaintiffs' current counsel of record shall serve Plaintiffs with this order and shall file a proof of service. Lastly, the Court wishes to highlight that corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

IT IS SO ORDERED.

DATED: March 10, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge