**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDY COOPER, et al., | ) |
|         Plaintiff(s), | ) |
| | ) |
| vs. | ) |
| | ) |
| GAYLORD (HK) LIMITED, | ) |
| | ) |
|         Defendant(s). | ) |

Case No. 2:13-cv-01520-JAD-NJK

ORDER

      Plaintiffs have filed a notice of voluntary dismissal of their claims.  Docket No. 15.  As such, the hearing set for today at 3:00 p.m. is hereby **VACATED** and the motion to withdraw as counsel (Docket No. 12) is hereby **DENIED** as moot.

      IT IS SO ORDERED.

      DATED:   March 23, 2015

                                            _____
                                            NANCY J. KOPPE
                                            United States Magistrate Judge